**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 13 |
| ALVIN BRADFORD WHITE, | Case No. 19-14245-CMA |
| | ORDER ON MOTION TO EXTEND TIME |
| Debtor. | |

THIS MATTER came before the Court on the Debtor's Letter filed December 6, 2019 [Docket No. 20], which the Court treated as a Motion to Extend Time to File Documents (the "Motion"). The Court finds the Debtor's documents were timely filed on December 6, 2019. *See* Dkt. Nos. 17, 18 and 19. Now, therefore, it is hereby

ORDERED that the Debtor's Motion is DENIED as moot.

/// END OF ORDER ///

ORDER